# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VASQUEZ, RICARDO | § | Case No. 11-41374 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
     .  The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/MICHAEL G. BERLAND
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-41374    BL    Judge: Bruce W. Black | |
| Case Name: | VASQUEZ, RICARDO | |
| For Period Ending: | 02/05/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/11/11 (f) |
| 341(a) Meeting Date: | 10/31/11 |
| Claims Bar Date: | 04/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1Knollwood Drive, Montgomery-scheduled | 125,300.00 | 0.00 | | 0.00 | FA |
| 2. Vacant lot Brownsville texas-scheduled | 16,900.00 | 0.00 | | 14,000.00 | FA |
| 3. Cash-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1996 Chevrolet truck-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Sportsman RV-schheduled | Unknown | 0.00 | | 0.00 | FA |
| 8. 2002 Jeep Cherokee-scheduled | 2,550.00 | 0.00 | | 0.00 | FA |
| 9. Checking Osego | 200.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $146,350.00 | $0.00 | | $14,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee emplyoed a broker to sell a vacant lot in Brownsville, Texas. The Trustee filed a Motion To Sell, which was
as granted. teh Trsutee filed a Motion to Employ Accountant, whichw as granted. The Trsutee filed tax returns.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit B

| Case No: | 11-41374  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | VASQUEZ, RICARDO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7037  Checking Account |
| Taxpayer ID No: | *******6760 | | |
| For Period Ending: | 02/05/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/12 | 2 | Edwards Abstract & title Company | Payment for sale of vacant lot | | 11,595.71 | | 11,595.71 |
| | | | Memo Amount:          14,000.00 | 1110-000 | | | |
| | | | Memo Amount:       (       101.88 ) | 2820-000 | | | |
| | | | 2011 county taxws | | | | |
| | | | Memo Amount:       (       249.20 ) | 2820-000 | | | |
| | | | 2011 school taxes | | | | |
| | | | Memo Amount:       (       110.35 ) | 2820-000 | | | |
| | | | 2012 county taxs | | | | |
| | | | Memo Amount:       (       200.00 ) | 2500-000 | | | |
| | | | Closing fee | | | | |
| | | | Memo Amount:       (       257.00 ) | 2500-000 | | | |
| | | | Title insurance | | | | |
| | | | Memo Amount:       (         2.00 ) | 2500-000 | | | |
| | | | State of Texas guaranty fee | | | | |
| | | | Memo Amount:       (        14.58 ) | 2500-000 | | | |
| | | | Express mail fee | | | | |
| | | | Memo Amount:       (        69.28 ) | 2500-000 | | | |
| | | | Tax service cerficicates | | | | |
| | | | Memo Amount:       (      1,400.00 ) | 3510-000 | | | |
| | | | Real estate commisssion | | | | |
| 09/05/12 | 001001 | Gloria Longest | Payment for preparation of tax returns | 3410-000 | | 500.00 | 11,095.71 |

| | | | | | Page Subtotals | 11,595.71 | 500.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 11-41374  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | VASQUEZ, RICARDO | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7037  Checking Account |
| Taxpayer ID No: | *******6760 | | | |
| For Period Ending: | 02/05/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,000.00 | COLUMN TOTALS | 11,595.71 | 500.00 | 11,095.71 |
| Memo Allocation Disbursements: | 2,404.29 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 11,595.71 | 500.00 | |
| Memo Allocation Net: | 11,595.71 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 11,595.71 | 500.00 | |
| | | | NET | ACCOUNT | |
| Total Allocation Receipts: | 14,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,404.29 | Checking Account - *******7037 | 11,595.71 | 500.00 | 11,095.71 |
| Total Memo Allocation Net: | 11,595.71 | | ------------------------- | ------------------------- | ------------------------- |
| | | | 11,595.71 | 500.00 | 11,095.71 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 17.00b

LFORM24

Page 1

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: February 05, 2013

Case Number:   11-41374
Debtor Name:   VASQUEZ, RICARDO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005A 050 4800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $680.83 | $680.83 |
| 000001 070 7100-00 | Atlas Acquisitions LLC (Citibank - Sears Premi) 294 Union St. Hackensack, NJ 07601 | Unsecured | | $0.00 | $550.22 | $550.22 |
| 000002 070 7100-00 | Illinois Department of Employment Security P O Box 4385 Chicago,Illinois 60680-4385 | Unsecured | | $0.00 | $5,999.00 | $5,999.00 |
| 000003 070 7100-00 | Castle Orthopaedics and Sports Medicine SC Jonathan Shanower 1999 West Downer Place Aurora IL 60506 | Unsecured | | $0.00 | $10,369.29 | $10,369.29 |
| 000004 070 7100-00 | Rush Copley Medical Center Inc Joanthan Shanower 1999 West Downer Place Aurora IL 60506 | Unsecured | | $0.00 | $69,484.22 | $69,484.22 |
| 6 070 7100-00 | Illinois Department Of Revenue | Unsecured | | $0.00 | $98.50 | $98.50 |
| | Case Totals: | | | $0.00 | $87,182.06 | $87,182.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-41374
Case Name: VASQUEZ, RICARDO
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank - Sears Premi) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | Illinois Department of Employment Security P O Box 4385 Chicago,Illinois 60680-4385 | $ | $ | $ |
| 000003 | Castle Orthopaedics and Sports Medicine SC Jonathan Shanower 1999 West Downer Place Aurora IL 60506 | $ | $ | $ |
| 000004 | Rush Copley Medical Center Inc Joanthan Shanower 1999 West Downer Place Aurora IL 60506 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 6 | Illinois Department Of Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

 

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE