# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VASQUEZ, RICARDO | § | Case No. 11-41374 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
          United States Courthouse
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013            By: /s/ Michael G. Berland
                                                             Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VASQUEZ, RICARDO § Case No. 11-41374
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 14,000.00 |
| and approved disbursements of | $ 2,904.29 |
| leaving a balance on hand of[1] | $ 11,095.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 680.83 | $ 680.83 | $ 0.00 | $ 680.83 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 680.83 |
| Remaining Balance | $ 10,414.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,150.00 | $ 0.00 | $ 2,150.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,150.00 |
| Remaining Balance | $ 8,264.88 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 680.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,501.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Atlas Acquisitions LLC (Citibank - Sears Premi) 294 Union St. Hackensack, NJ 07601 | $ 550.22 | $ 0.00 | $ 52.57 |
| 000002 | Illinois Department of Employment Security P O Box 4385 Chicago, Illinois 60680-4385 | $ 5,999.00 | $ 0.00 | $ 573.18 |
| 000003 | Castle Orthopaedics and Sports Medicine SC Jonathan Shanower 1999 West Downer Place Aurora IL 60506 | $ 10,369.29 | $ 0.00 | $ 990.75 |
| 000004 | Rush Copley Medical Center Inc Joanthan Shanower 1999 West Downer Place Aurora IL 60506 | $ 69,484.22 | $ 0.00 | $ 6,638.97 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Illinois Department Of Revenue | $ 98.50 | $ 0.00 | $ 9.41 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,264.88 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Ricardo Vasquez  
      Debtor

Case No. 11-41374-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: bchavez          Page 1 of 3          Date Rcvd: Feb 07, 2013
                Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2013.

```
db          +Ricardo Vasquez,   1 Knollwood Dr.,   Montgomery, IL 60538-1907
17911094    +Arrow Fincl (original Creditor:afs,   8589 Aero Drive Suite 600,   San Diego, CA 92123-1703
17911095    +Arrow Fincl (original Creditor:citi,  8589 Aero Drive Suite 600,   San Diego, CA 92123-1703
18358418    +Atlas Acquisitions LLC  (Citibank - Sears Premi,   294 Union St.,   Hackensack, NJ 07601-4303
17911093    +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
17911096    +Car Outlet Inc,   2170 E New York,   Aurora, IL 60502-9436
18383218    +Castle Orthopaedics and Sports Medicine SC,   Jonathan Shanower,   1999 West Downer Place,
              Aurora IL 60506-4776
17911100    +Illinois Department Of Employment Securi,   PO Box 6996,   Chicago, IL 60680-6996
17911101     Illinois Department Of Revenue,   P. O. Box 19035,   Springfield, IL  62794-9035
18379912     Illinois Department of Employment Security,   P O Box 4385 Chicago,Illinois 60680-4385
18456013     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
17911103   #+Juan Mendoza Jr.,   Justice Court Precinct 6 Place 1,   105 W Ocean Blvd PO Box 1410,
              Los Fresnos, TX 78566-1410
17911104    +Med Busi Bur (original Creditor:med,   1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
17911105    +Michael Huseman,   1999 W Downer Place,   Aurora, IL 60506-4777
17911106    +Nandra Family Practice, Ltd,   115 E South St,   Plano, IL 60545-1417
17911108    +Rush Copley Medical Center,   2000 Ogden Avenue,   Aurora, IL 60504-5893
18383226    +Rush Copley Medical Center Inc,   Joanthan Shanower,   1999 West Downer Place,
              Aurora IL 60506-4776
17911109    +San Benito CISD,   152 E Rowson St,   San Benito, TX 78586-3863
17911092    +Vasquez Ricardo,   1 Knollwood Dr,   Montgomery, IL 60538-1907
17911110    +Virtuoso Sourcing Grou (original Cr,   3033 S Parkerste 1000,   Aurora, CO 80014-2919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17954271    +E-mail/Text: bnc@atlasacq.com Feb 08 2013 01:49:19      Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
17911097    +Fax: 309-828-9314 Feb 08 2013 02:31:36      Creditors Alliance Inc (original Cr,   Po Box 1288,
              Bloomington, IL 61702-1288
17911098    +E-mail/Text: bknotice@erccollections.com Feb 08 2013 01:52:26
              Enhanced Recovery Co L (original Cr,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17911099    +E-mail/Text: Bankruptcy@icsystem.com Feb 08 2013 01:52:16      I C System Inc (original Creditor:a,
              Po Box 64378,   Saint Paul, MN 55164-0378
17911102     E-mail/Text: cio.bncmail@irs.gov Feb 08 2013 01:40:46      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTAL: 5
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17911107   ##+Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2013**               **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3            Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2013 at the address(es) listed below:

          C David Ward    on behalf of Debtor Ricardo  Vasquez cdward1945@yahoo.com,   ladylaw1031@msn.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                       TOTAL: 3